# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, P.D. LOCHNER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ANTHONY D. HUBBARD**
**HOSPITALMAN APPRENTICE (E-2), U.S. NAVY**

**NMCCA 201400320**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 22 May 2014.
**Military Judge:** Col D.M. McConnell, USMC.
**Convening Authority:** Commanding Officer, 6th Marine Regiment, 2d Marine Division, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** Maj J.N. Nelson, USMC.
**For Appellant:** LCDR John T. Zelinka, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**29 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court